CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 1 6 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JANNETTE LEE HUNT, ) | |
| ) | |
| Plaintiff, ) | Case No. 7:04CV00451 |
| ) | |
| v. ) | |
| ) | **ORDER** |
| KROGER LIMITED PARTNERSHIP I, ) | |
| ) | By: James C. Turk |
| Defendant. ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it hereby is

**ORDERED**

that the defendant's motion for summary judgment (dkt. no. 28), shall be and hereby is,

**GRANTED**.

The case is to be stricken from the active docket of this court. The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER: This 16th day of June, 2006.

/s/ James C. Turk
James C. Turk
Senior United States District Judge

9